UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUTHER D MANERS III,

                Plaintiff,

  v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                Defendant.

Case No. C18-5205 TSZ

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

(1)    Plaintiff shall be issued summonses.

(2)    Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 21st day of March, 2018.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge